AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SEP 14 2012

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

Clerk of Court

UNITED STATES OF AMERICA
V.
**Francisco Lopez**
A088 024 800
AKA:

IAE    YOB:    1972
**the United Mexican States**
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:    M-12-1937-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 13, 2012** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Francisco Lopez was encountered by Border Patrol Agents near Hidalgo, Texas on September 13, 2012. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on September 13, 2012, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States, for the second (2nd) time, on August 6, 2012, through New Orleans, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 21, 2012, the Defendant was convicted of 8 USC 1326 Illegal ReEntry of a Removed Alien and was sentenced to time served.

App& to File,
Grady S. Leopold, AUSA

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

**September 14, 2012**

Jose Pena    Senior Patrol Agent

**Dorina Ramos**                , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

Signature of Judicial Officer